| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF INDIANA |
| Case number *(if known)* _____    Chapter  **7** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **EFfactorytomedotcom, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-4396326** |
| 4. | Debtor's address | **Principal place of business**<br>**228 C America Place**<br>**Jeffersonville, IN 47130**<br>Number, Street, City, State & ZIP Code<br>**Clark**<br>County | **Mailing address, if different from principal place of business**<br>**200 South Fifth Street, STE 401N**<br>**Louisville, KY 40202**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **EFfactorytomedotcom, LLC**　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

**7. Describe debtor's business**　　A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____　When _____　Case number _____
District _____　When _____　Case number _____

Debtor __EFfactorytomedotcom, LLC_____ Case number (*if known*)_____
      Name

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**  *Check all that apply:*

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor **EFfactorytomedotcom, LLC**  Case number (*if known*)
Name

☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

Debtor **EFfactorytomedotcom, LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 27, 2021**
MM / DD / YYYY

X **/s/ Sa'id Samman**                                              **Sa'id Samman**
Signature of authorized representative of debtor                    Printed name

Title **CEO**

**18. Signature of attorney**

X **/s/ James F Guilfoyle**                                         Date **December 27, 2021**
Signature of attorney for debtor                                    MM / DD / YYYY

**James F Guilfoyle 31328-10**
Printed name

**Guilfoyle Law Office**
Firm name

**211 East Market Street**
**New Albany, IN 47150**
Number, Street, City, State & ZIP Code

Contact phone **502-208-9704**     Email address **james@guilfoylelawoffice.com**

**31328-10 IN**
Bar number and State

```
BCUB
C/O KIRTI SHARMA
E218 B SECTOR 63 NOIDA
UP, INDIA




DUKE ENERGY CORP
ATTN BANKRUPTCY DEPT
526 S CHURCH ST
CHARLOTTE, NC 28202




ELEGANT CRAFT, C/O AMANDA HU
NO.44, HEFU SOUTH STREET, HELU VILLAGE,
   DONGGUAN CITY, GUANGDONG PROVINCE,CHIN




EURO TAPIS C/O NICO
BAIHUASHAN INDUSTIRAL ZONE,BAIYANG
STREET, WUYI, JINHUA CITY,
ZHEJIAN PROVINCE, CHINA




HIGHLANDER C/O BORIS
RM D 10/F TOWER A BILLION CTR 1 WANG KWO
 RD KOWLOON BAY KL HONO.44 HEFU S STREET
  DONGGUAN CITY, GUANGDONG PROVINCE, CH




INDIANA DEPT OF REVENUE
BANKRUPTCY SECTION MS 108
100 N SENATE AVE N240
INDIANAPOLIS, IN 46204




INTERNAL REVENUE SERVICE
POB 7346
PHILADELPHIA, PA 19101-7346
```

```
INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES
575 N PENNSYLVANIA STE 594
INDIANAPOLIS, IN 46204-1580




KENTUCKY DEPT OF REVENUE
DIV OF COLLECTIONS
POB 491
FRANKFORT, KY 40602




LAYO
C/O DYLAN
RM D 10/F TOWER A BILLION CTR 1 WANG KWO
KOWLOON BAY KL HONGKONG




MUSVENUS C/O GULAY OZTAS
MAHBUBERM D 10/F TOWER A BILLION CTR 1
WANG KWONG RD KOWLOON BAY KL
HONGKONGLER MAH. MAHBUBELER SOK. 112




NANTONG EVERGREEN C/O JANE
MAHBUBERM D 10/F TOWER A BILLION CTR 1
WANG KWONG RD KOWLOON BAY KL
HONGKONGLER MAH. MAHBUBELER SOK. 112




NANTONG MOONLIGHT
C/O ANNA
PROVINCE, CHINA




NANTONG SAFE C/O CARL
YONG'AN VILLAGE,XIANFENG TOWN,NANTONG
CITY,JIANGSU PROVINCE CHINA 226316
```

```
NANTONG SHUNJIE C/O JOE
D AREA OF CHUANGANG INDUSTIAL,
NANTONG CITY,JIANGSU, CHINA 226314




NINGBO TONGBANG C/O TONY
801 CENTURY LONGTENG SOUTH BUILDING, #26
ZHONGXING ROAD,JIANGDONG, NINGBO, ZHEJIA
CHINA




NINGBO XIAKE C/O LILY
SHUXUN INDUSTRIAL ZONE, HAIMEN CITY,
 JIANGSU PROVINCE, CHINA.




OHIO DEPARTMENT OF TAXATION
COMPLIANCE DIVISION
POB 182401
COLUMBUS, OH 43218-2401




OHIO DEPARTMENT OF TAXATION
PO BOX 2678
COLUMBUS, OH 43216




RUG GALLERY
C/O AQIB
JANGI ROAD, MIRZAPUR - 231001 (U.P), IND




SEKAWATI C/O DINESH
G82 GARMENT ZONE, SITAPURA IND AREA, TON
JAIPUR, INDIAN
```

```
SM INTERNATIONAL
C/O HAMMAD
DEEWAN BAAZAR,MORADABAD, UTTAR PRADESH,




WINFORUM
C/O MAURICE
NO. 38 XIAJIE INDUSTRIAL AREA, QUANDONG




WUYI C/O DAISY
BAIHUASHAN INDUSTIRAL ZONE,BAIYANG
STREET,WUYI,JINHUA CITY,ZHEJIANG PROVINC
CHINA 321200
```

# United States Bankruptcy Court
## Southern District of Indiana

In re  **EFfactorytomedotcom, LLC**  
Debtor(s)

Case No.  
Chapter  **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **EFfactorytomedotcom, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Decarl Home Fashion**

**Sa'id Samman**
**7549 Mallard Drive**
**Mobile, AL 36695**

**Vincent Mallon**
**401 North, First Trust Centre**
**200 S Fifth Street**
**Louisville, KY 40202**

☐ None [*Check if applicable*]

**December 27, 2021**  
Date

**/s/ James F Guilfoyle**  
**James F Guilfoyle 31328-10**  
Signature of Attorney or Litigant  
Counsel for   **EFfactorytomedotcom, LLC**  
**Guilfoyle Law Office**  
**211 East Market Street**  
**New Albany, IN 47150**  
**502-208-9704**  
**james@guilfoylelawoffice.com**