# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 21-91168  
**Case Name:** Efactorytomedotcom, LLC  
**For Period Ending:** 12/31/2022

**Trustee Name:** (340300) Kathryn L. Pry  
**Date Filed (f) or Converted (c):** 12/27/2021 (f)  
**§ 341(a) Meeting Date:** 02/07/2022  
**Claims Bar Date:** 05/09/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at PNC Bank Est. Balance: $84,000.00 | 84,000.00 | 84,000.00 | | 84,453.56 | FA |
| 2 | Trademarks: "Lorient" "Moxava" "Lorient Home". | Unknown | 100.00 | | 0.00 | FA |
| 3 | ACCOUNTS RECEIVABLE (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| 4 | Potential avoidance actions (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| 5 | Refund on warehouse space (u) | 0.00 | 128.26 | | 128.26 | FA |
| 5 | **Assets Totals (Excluding unknown values)** | **$84,000.00** | **$84,228.26** | | **$84,581.82** | **$0.00** |

**Major Activities Affecting Case Closing:**

Motion to hire attorney and accountants filed. 341 meeting held. Trustee doing additional investigation. All assets liquidated. First tax returns filed. Doing final tax returns, then will close out case when they are accepted as filed.

**Initial Projected Date Of Final Report (TFR):** 01/31/2023   **Current Projected Date Of Final Report (TFR):** 04/30/2023

01/05/2023  
Date

/s/Kathryn L. Pry  
Kathryn L. Pry

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 21-91168 | Trustee Name: | Kathryn L. Pry (340300) |
|---|---|---|---|
| Case Name: | Efactorytomedotcom, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6326 | Account #: | ******4725 Checking |
| For Period Ending: | 12/31/2022 | Blanket Bond (per case limit): | $20,423,801.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/05/22 | {1} | PNC, Efactory Bank Account | WIRE FROM EFACTORYTOMEDOTCOM LLC | 1129-000 | 84,453.56 | | 84,453.56 |
| 05/09/22 | {5} | Jeffersonville Public Warehouse Co. | Refund on warehouse space | 1229-000 | 128.26 | | 84,581.82 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 103.90 | 84,477.92 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 148.95 | 84,328.97 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 130.65 | 84,198.32 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 148.44 | 84,049.88 |
| 09/02/22 | 101 | Kentucky State Treasurer | Payment of taxes due based on 2021 tax returns prepared by Hobe & Lucas | 2820-000 | | 175.00 | 83,874.88 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 134.51 | 83,740.37 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 129.74 | 83,610.63 |
| 11/15/22 | 102 | International Sureties, Ltd. | 2022 Bond Payment | 2300-000 | | 42.66 | 83,567.97 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 142.93 | 83,425.04 |
| 12/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 133.70 | 83,291.34 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 128.26 | 2 | Checks | 217.66 |
| 0 | Interest Postings | 0.00 | 8 | Adjustments Out | 1,072.82 |
| | Subtotal | 128.26 | 0 | Transfers Out | 0.00 |
| 1 | Adjustments In | 84,453.56 | | Total | 1,290.48 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 84,581.82 | | | |

Page Subtotals:    $84,581.82    $1,290.48

{ } Asset Reference(s)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| | |
|---|---|
| **Case No.:** 21-91168 | **Trustee Name:** Kathryn L. Pry (340300) |
| **Case Name:** Efactorytomedotcom, LLC | **Bank Name:** Metropolitan Commercial Bank |
| **Taxpayer ID #:** **-***6326 | **Account #:** ******4725 Checking |
| **For Period Ending:** 12/31/2022 | **Blanket Bond (per case limit):** $20,423,801.00 |
| | **Separate Bond (if applicable):** N/A |

| | |
|---|---:|
| Net Receipts: | $84,581.82 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $84,581.82 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******4725 Checking | $84,581.82 | $1,290.48 | $83,291.34 |
| | **$84,581.82** | **$1,290.48** | **$83,291.34** |

01/05/2023
Date

/s/Kathryn L. Pry
Kathryn L. Pry