**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

In re: Efactorytomedotcom, LLC　　　　　§　Case No. 21-91168
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

　　1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 12/27/2021. The undersigned trustee was appointed on 12/28/2021.

　　2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

　　3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

　　4. The trustee realized the gross receipts of　　　$　　　84,581.82

　　　　Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 19,297.56 |
| Bank service fees | 1,339.59 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]　　　$ | 63,944.67 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/09/2022 and the deadline for filing governmental claims was 06/25/2022. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,479.09. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,479.09, for a total compensation of $7,479.09$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $212.36 for total expenses of $212.36$^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/15/2023      By: /s/ Kathryn L. Pry
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

**Case No.:** 21-91168
**Case Name:** Efactorytomedotcom, LLC

**For Period Ending:** 03/15/2023

**Trustee Name:** (340300) Kathryn L. Pry
**Date Filed (f) or Converted (c):** 12/27/2021 (f)
**§ 341(a) Meeting Date:** 02/07/2022
**Claims Bar Date:** 05/09/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at PNC Bank Est. Balance: $84,000.00 | 84,000.00 | 84,000.00 | | 84,453.56 | FA |
| 2 | Trademarks: "Lorient" "Moxava" "Lorient Home". | Unknown | 100.00 | OA | 0.00 | FA |
| 3 | ACCOUNTS RECEIVABLE (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| 4 | Potential avoidance actions (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| 5 | Refund on warehouse space (u) | 0.00 | 128.26 | | 128.26 | FA |
| 5 | **Assets Totals (Excluding unknown values)** | **$84,000.00** | **$84,228.26** | | **$84,581.82** | **$0.00** |

**Major Activities Affecting Case Closing:**

Motion to hire attorney and accountants filed.  341 meeting held.  Trustee doing additional investigation.  All assets liquidated.  First tax returns filed.  Doing final tax returns, then will close out case when they are accepted as filed.

**Initial Projected Date Of Final Report (TFR):** 01/31/2023      **Current Projected Date Of Final Report (TFR):** 04/30/2023

03/15/2023
Date

/s/Kathryn L. Pry
Kathryn L. Pry

UST Form 101-7-TFR (5/1/2011)

Case 21-91168-AKM-7A    Doc 102    Filed 04/12/23    EOD 04/12/23 16:14:13    Pg 4 of 13

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| Case No.: | 21-91168 | Trustee Name: | Kathryn L. Pry (340300) |
|---|---|---|---|
| Case Name: | Efactorytomedotcom, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6326 | Account #: | ******4725 Checking |
| For Period Ending: | 03/15/2023 | Blanket Bond (per case limit): | $20,423,801.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/05/22 | {1} | PNC, Efactory Bank Account | WIRE FROM EFACTORYTOMEDOTCOM LLC | 1129-000 | 84,453.56 | | 84,453.56 |
| 05/09/22 | {5} | Jeffersonville Public Warehouse Co. | Refund on warehouse space | 1229-000 | 128.26 | | 84,581.82 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 103.90 | 84,477.92 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 148.95 | 84,328.97 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 130.65 | 84,198.32 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 148.44 | 84,049.88 |
| 09/02/22 | 101 | Kentucky State Treasurer | Payment of taxes due based on 2021 tax returns prepared by Hobe & Lucas | 2820-000 | | 175.00 | 83,874.88 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 134.51 | 83,740.37 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 129.74 | 83,610.63 |
| 11/15/22 | 102 | International Sureties, Ltd. | 2022 Bond Payment | 2300-000 | | 42.66 | 83,567.97 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 142.93 | 83,425.04 |
| 12/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 133.70 | 83,291.34 |
| 01/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 142.39 | 83,148.95 |
| 02/27/23 | 103 | Kentucky Department of Revenue | LLET Interest and Penalty for tax returns state of KY | 2820-000 | | 175.00 | 82,973.95 |
| 02/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 124.38 | 82,849.57 |
| 03/04/23 | 104 | Rubin & Levin | Attorney fees and expenses per court order dated 3/1/23, docket entry #100 | | | 12,694.90 | 70,154.67 |
| | | | Attorney fees per court order dated 3/1/23, docket entry #100 $12,691.00 | 3210-000 | | | |
| | | | Attorneyexpenses per court order dated 3/1/23, docket entry #100 $3.90 | 3220-000 | | | |
| 03/04/23 | 105 | Hobe & Lucas | Accounting fees per court order dated 2/27/23, docket entry #98 | 3410-000 | | 6,210.00 | 63,944.67 |
| | | COLUMN TOTALS | | | 84,581.82 | 20,637.15 | $63,944.67 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | Subtotal | | | 84,581.82 | 20,637.15 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $84,581.82 | $20,637.15 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 2

| | | |
|---|---|---|
| **Case No.:** 21-91168 | **Trustee Name:** | Kathryn L. Pry (340300) |
| **Case Name:** Efactorytomedotcom, LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** **-***6326 | **Account #:** | ******4725 Checking |
| **For Period Ending:** 03/15/2023 | **Blanket Bond (per case limit):** | $20,423,801.00 |
| | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******4725 Checking | $84,581.82 | $20,637.15 | $63,944.67 |
| | $84,581.82 | $20,637.15 | $63,944.67 |

03/15/2023  
Date

/s/Kathryn L. Pry  
Kathryn L. Pry

UST Form 101-7-TFR (5/1/2011)

Printed: 03/15/2023 3:05 PM

Page: 1

# Exhibit C

## Claims Register

**Case: 21-91168 EFACTORYTOMEDOTCOM, LLC**

**Claims Bar Date:** 5/9/22 12:00

| Claim # | Claimant Name | Claim Type | Acct#/ Memo/Journal | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1PEN | Indiana Dept of Revenue<br>Bankruptcy Section MS 108<br>100 N Senate Ave N240<br>Indianapolis, IN 46204 | Unsecured | 1301 | $ 100.57 | $0.00 | $100.57 |
| 1S | Indiana Dept of Revenue<br>Bankruptcy Section MS 108<br>100 N Senate Ave N240<br>Indianapolis, IN 46204 | Secured | 1301 | $ 819.80 | $0.00 | $819.80 |
| 2 | Ohio Dept. of Job and Family Services<br>Legal Support Division - Bankruptcy<br>P. O. Box 182830<br>Columbus, OH 43218-2830 | Priority Unsecured | 7000 | $ 80.31 | $0.00 | $80.31 |
| 3P | Kentucky Department of Revenue<br>P O Box 5222<br>Frankfort, KY 40602 | Priority Unsecured | 6326 | $ 3,450.66 | $0.00 | $3,450.66 |
| 3PEN | Kentucky Department of Revenue<br>P O Box 5222<br>Frankfort, KY 40602 | Unsecured | 6326 | $ 2,833.73 | $0.00 | $2,833.73 |

Printed: 03/15/2023 3:05 PM

Page: 2

## Exhibit C

## Claims Register

**Case: 21-91168 EFACTORYTOMEDOTCOM, LLC**

**Claims Bar Date:** 5/9/22 12:00

| Claim # | Claimant Name | Claim Type | Acct#/ Memo/Journal | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4P | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 | Priority Unsecured | 6326 | $ 0.00 | $0.00 | $0.00 |
| | This claim is a duplicate of claim #5, which claim appears to be the updated claim with accurate information for the same taxes. | | | | | |
| 4PEN | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | 6326 | $ 0.00 | $0.00 | $0.00 |
| | This claim is a duplicate of claim #5, which claim appears to be the updated claim with accurate information for the same taxes. | | | | | |
| 4U | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 | Unsecured | 6326 | $ 0.00 | $0.00 | $0.00 |
| | This claim is a duplicate of claim #5, which claim appears to be the updated claim with accurate information for the same taxes. | | | | | |
| 5P-4 | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 | Priority Unsecured | 6326 | $ 6,813.02 | $0.00 | $6,813.02 |
| 5PEN | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | 6326 | $ 10,684.42 | $0.00 | $10,684.42 |

Printed:  03/15/2023 3:05 PM

Page: 3

# Exhibit C

## Claims Register

**Case: 21-91168 EFACTORYTOMEDOTCOM, LLC**

**Claims Bar Date:** 5/9/22 12:00

| Claim # | Claimant Name | Claim Type | Acct#/ Memo/Journal | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5U-4 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | 6326 | $ 200.00 | $0.00 | $200.00 |
| 6 | PNC Bank, National Association<br>c/o Joe Horton, Vice President<br>201 East 5th Street, Mailstop: B1BM01035<br>Cincinnati, OH 45202 | Unsecured | 3737 | $ 1,660.09 | $0.00 | $1,660.09 |
| 7 | Stoll Keenon Ogden PLLC<br>Attn: Spencer Tanner<br>One Main Street, #201<br>Evansville, IN 47708 | Unsecured | 5878 | $ 507.00 | $0.00 | $507.00 |
| 8 | Wuyi c/o Daisy<br>Baihuashan Industiral Zone,Baiyang Street,Wuyi,Jinhua City,Zhejiang Province | Unsecured | NONE ON POC<br><br>Schedule F 3.20 | $ 52,814.52 | $0.00 | $52,814.52 |
| 9 | Wuyi c/o Daisy<br>Baihuashan Industiral Zone,Baiyang Street,Wuyi,Jinhua City,Zhejiang Provinc, China 321200 | Unsecured | none on POC<br><br>This claim is a duplicate of claim # 8.  Disallowed per court order dated 7/22/22, docket entry #59. | $ 0.00 | $0.00 | $0.00 |

Printed: 03/15/2023 3:05 PM

Page: 4

## Exhibit C

## Claims Register

**Case: 21-91168 EFACTORYTOMEDOTCOM, LLC**

Claims Bar Date: 5/9/22 12:00

| Claim # | Claimant Name | Claim Type | Acct#/ Memo/Journal | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10 | MUSVENUS LTD<br>MAHBUBELER MAH. MAHBUBELER -SOKAK NO 112<br>10200 BANDIRMA BALIKESIR | Unsecured | none on poc | $ 8,601.39 | $0.00 | $8,601.39 |
| 11 | RUGS GALLERY<br>JANGI ROAD MIRZAPUR PIN CODE-231001<br>UTTAR PRADESH | Unsecured | none on proof of claim | $ 27,853.00 | $0.00 | $27,853.00 |
| 12 | Siu Cheung Fung<br>318 29th Avenue<br>San Francisco, CA 94121 | Unsecured | none on proof of claim<br><br>There is no proof of indebtedness attached to proof of claim. | $ 0.00 | $0.00 | $0.00 |
| 13 | SM International<br>c/o Hammad<br>Deewan Baazar,Moradabad, Uttar Pradesh, | Unsecured | none on poc | $ 5,322.00 | $0.00 | $5,322.00 |
| 14 | Nantong Safe c/o Carl<br>YONG'AN VILLAGE, NANTONG CITY<br>JIANGSU PROV. CHINA 226316 | Unsecured | none on poc<br><br>Claim objected to, but amended POC filed with attachment. | $ 347,068.60 | $0.00 | $347,068.60 |

Printed: 03/15/2023 3:05 PM

Page: 5

# Exhibit C

## Claims Register

**Case: 21-91168 EFACTORYTOMEDOTCOM, LLC**

**Claims Bar Date:** 5/9/22 12:00

| Claim # | Claimant Name | Claim Type | Acct#/ Memo/Journal | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 15 | Nantong Evergreen c/o Jane<br><br>42 Heather Lane<br>New Hyde Park, NY 11040 | Unsecured | none on proof of claim<br><br>Amended POC filed with attachments, | $ 67,483.48 | $0.00 | $67,483.48 |
| 16 | Euro Tapis c/o Nico<br>Courtensstraat 1<br>Waregem Zone 10-8791 | Unsecured | none on POC | $ 139,708.50 | $0.00 | $139,708.50 |
| 17 | FedEx Corporate Services Inc.<br>3965 Airways Blvd<br>Module G, 3rd Floor<br>Memphis, TN 38116-5017 | Unsecured | 3054 | $ 6,659.24 | $0.00 | $6,659.24 |
| 18 | Winforum Industrial Limited<br>318 29th Avenue<br>San Francisco, CA 94121 | Unsecured | none on poc | $ 25,095.83 | $0.00 | $25,095.83 |
| | | | **Case Total:** | | $0.00 | $707,756.16 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 21-91168
Case Name: EFACTORYTOMEDOTCOM, LLC
Trustee Name: Kathryn L. Pry

**Balance on hand:**   $   63,944.67

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Indiana Dept of Revenue | 819.80 | 819.80 | 0.00 | 819.80 |

Total to be paid to secured creditors:   $   819.80
Remaining balance:   $   63,124.87

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Kathryn L. Pry | 7,479.09 | 0.00 | 7,479.09 |
| Trustee, Expenses - Kathryn L. Pry | 212.36 | 0.00 | 212.36 |

Total to be paid for chapter 7 administrative expenses:   $   7,691.45
Remaining balance:   $   55,433.42

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   55,433.42

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $10,343.99 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | Ohio Dept. of Job and Family Services | 80.31 | 0.00 | 80.31 |
| 3P | Kentucky Department of Revenue | 3,450.66 | 0.00 | 3,450.66 |
| 4P | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 5P-4 | Internal Revenue Service | 6,813.02 | 0.00 | 6,813.02 |

|  |  |
|---|---:|
| Total to be paid for priority claims: | $ 10,343.99 |
| Remaining balance: | $ 45,089.43 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $651,218.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 4U | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 5U-4 | Internal Revenue Service | 200.00 | 0.00 | 13.85 |
| 6 | PNC Bank, National Association | 1,660.09 | 0.00 | 114.94 |
| 7 | Stoll Keenon Ogden PLLC | 507.00 | 0.00 | 35.10 |
| 8 | Wuyi c/o Daisy | 52,814.52 | 0.00 | 3,656.80 |
| 9 | Wuyi c/o Daisy | 0.00 | 0.00 | 0.00 |
| 10 | MUSVENUS LTD | 8,601.39 | 0.00 | 595.55 |
| 11 | RUGS GALLERY | 27,853.00 | 0.00 | 1,928.50 |
| 12 | Siu Cheung Fung | 0.00 | 0.00 | 0.00 |
| 13 | SM International | 5,322.00 | 0.00 | 368.49 |
| 14 | Nantong Safe c/o Carl | 347,068.60 | 0.00 | 24,030.53 |
| 15 | Nantong Evergreen c/o Jane | 67,483.48 | 0.00 | 4,672.46 |
| 16 | Euro Tapis c/o Nico | 139,708.50 | 0.00 | 9,673.21 |

|  |  |
|---|---:|
| Total to be paid for timely general unsecured claims: | $ 45,089.43 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $31,755.07 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 17 | FedEx Corporate Services Inc. | 6,659.24 | 0.00 | 0.00 |
| 18 | Winforum Industrial Limited | 25,095.83 | 0.00 | 0.00 |

|  | |
|---|---:|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $13,618.72 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1PEN | Indiana Dept of Revenue | 100.57 | 0.00 | 0.00 |
| 3PEN | Kentucky Department of Revenue | 2,833.73 | 0.00 | 0.00 |
| 4PEN | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 5PEN | Internal Revenue Service | 10,684.42 | 0.00 | 0.00 |

|  | |
|---|---:|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |