UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

In re: Efactorytomedotcom, LLC        §        Case No. 21-91168
                                      §
                                      §
                                      §
       Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Kathryn Pry Coryell, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $56,253.22 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $28,328.60 | | |

    3) Total gross receipts of $84,581.82 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $84,581.82 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $819.80 | $819.80 | $819.80 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $28,328.60 | $28,328.60 | $28,328.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $27,090.33 | $10,343.99 | $10,343.99 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $829,560.75 | $822,018.68 | $696,592.37 | $45,089.43 |
| **TOTAL DISBURSEMENTS** | $829,560.75 | $878,257.41 | $736,084.76 | $84,581.82 |

4) This case was originally filed under chapter 7 on 12/27/2021.  The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/06/2023

By: /s/ Kathryn Pry Coryell
Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account at PNC Bank Est. Balance: $84,000.00 | 1129-000 | $84,453.56 |
| Refund on warehouse space | 1229-000 | $128.26 |
| **TOTAL GROSS RECEIPTS** | | **$84,581.82** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Indiana Dept of Revenue | 4110-000 | NA | $819.80 | $819.80 | $819.80 |
| | **TOTAL SECURED** | | **$0.00** | **$819.80** | **$819.80** | **$819.80** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Kathy Pry Coryell | 2100-000 | NA | $7,479.09 | $7,479.09 | $7,479.09 |
| Trustee, Expenses - Kathy Pry Coryell | 2200-000 | NA | $212.36 | $212.36 | $212.36 |
| Bond Payments - BOND | 2300-000 | NA | $42.66 | $42.66 | $42.66 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $1,339.59 | $1,339.59 | $1,339.59 |
| Other State or Local Taxes (post-petition) - Kentucky Department of Revenue | 2820-000 | NA | $175.00 | $175.00 | $175.00 |
| Other State or Local Taxes (post-petition) - Kentucky State Treasurer | 2820-000 | NA | $175.00 | $175.00 | $175.00 |
| Attorney for Trustee Fees (Other Firm) - Rubin & Levin | 3210-000 | NA | $12,691.00 | $12,691.00 | $12,691.00 |
| Attorney for Trustee Expenses (Other Firm) - Rubin & Levin | 3220-000 | NA | $3.90 | $3.90 | $3.90 |
| Accountant for Trustee Fees (Other Firm) - Hobe & Lucas | 3410-000 | NA | $6,210.00 | $6,210.00 | $6,210.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$28,328.60** | **$28,328.60** | **$28,328.60** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Ohio Dept. of Job and Family Services | 5800-000 | $0.00 | $80.31 | $80.31 | $80.31 |
| 3P | Kentucky Department of Revenue | 5800-000 | NA | $3,450.66 | $3,450.66 | $3,450.66 |
| 4P | Internal Revenue Service | 5800-000 | NA | $16,746.34 | $0.00 | $0.00 |
| 5P-4 | Internal Revenue Service | 5800-000 | $0.00 | $6,813.02 | $6,813.02 | $6,813.02 |
| N/F | Indiana Dept of Revenue | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Kentucky Dept of Revenue | 5600-000 | $0.00 | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $27,090.33 | $10,343.99 | $10,343.99 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1PEN | Indiana Dept of Revenue | 7300-000 | NA | $100.57 | $100.57 | $0.00 |
| 3PEN | Kentucky Department of Revenue | 7300-000 | NA | $2,833.73 | $2,833.73 | $0.00 |
| 4PEN | Internal Revenue Service | 7300-000 | NA | $14,338.95 | $0.00 | $0.00 |
| 4U | Internal Revenue Service | 7100-000 | NA | $300.00 | $0.00 | $0.00 |
| 5PEN | Internal Revenue Service | 7300-000 | NA | $10,684.42 | $10,684.42 | $0.00 |
| 5U-4 | Internal Revenue Service | 7100-000 | NA | $200.00 | $200.00 | $13.85 |
| 6 | PNC Bank, National Association | 7100-000 | NA | $1,660.09 | $1,660.09 | $114.94 |
| 7 | Stoll Keenon Ogden PLLC | 7100-000 | NA | $507.00 | $507.00 | $35.10 |
| 8 | Wuyi c/o Daisy | 7100-000 | $52,495.74 | $52,814.52 | $52,814.52 | $3,656.80 |
| 9 | Wuyi c/o Daisy | 7100-000 | NA | $52,814.52 | $0.00 | $0.00 |
| 10 | MUSVENUS LTD | 7100-000 | $7,214.26 | $8,601.39 | $8,601.39 | $595.55 |
| 11 | RUGS GALLERY | 7100-000 | $24,784.44 | $27,853.00 | $27,853.00 | $1,928.50 |
| 12 | Siu Cheung Fung | 7100-000 | NA | $57,972.84 | $0.00 | $0.00 |
| 13 | SM International | 7100-000 | $4,812.65 | $5,322.00 | $5,322.00 | $368.49 |
| 14 | Nantong Safe c/o Carl | 7100-000 | $329,480.00 | $347,068.60 | $347,068.60 | $24,030.53 |
| 15 | Nantong Evergreen c/o Jane | 7100-000 | $39,589.00 | $67,483.48 | $67,483.48 | $4,672.46 |
| 16 | Euro Tapis c/o Nico | 7100-000 | $115,000.00 | $139,708.50 | $139,708.50 | $9,673.21 |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | FedEx Corporate Services Inc. | 7200-000 | $0.00 | $6,659.24 | $6,659.24 | $0.00 |
| 18 | Winforum Industrial Limited | 7200-000 | $10,538.02 | $25,095.83 | $25,095.83 | $0.00 |
| N/F | BCUB c/o Kirti Sharma | 7100-000 | $5,306.10 | NA | NA | NA |
| N/F | Duke Energy Corp Attn Bankruptcy Dept | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Elegant Craft, c/o Amanda Hu | 7100-000 | $2,319.37 | NA | NA | NA |
| N/F | Highlander c/o Boris | 7100-000 | $39,757.48 | NA | NA | NA |
| N/F | Layo c/o Dylan | 7100-000 | $13,544.60 | NA | NA | NA |
| N/F | Nantong Moonlight c/o Anna | 7100-000 | $73,213.73 | NA | NA | NA |
| N/F | Nantong Shunjie c/o Joe | 7100-000 | $29,706.84 | NA | NA | NA |
| N/F | Ningbo Tongbang c/o Tony | 7100-000 | $65,000.81 | NA | NA | NA |
| N/F | Ningbo Xiake c/o Lily | 7100-000 | $6,480.66 | NA | NA | NA |
| N/F | Sekawati c/o Dinesh | 7100-000 | $10,317.05 | NA | NA | NA |
| N/F | UPS | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$829,560.75** | **$822,018.68** | **$696,592.37** | **$45,089.43** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 21-91168
**Case Name:** Efactorytomedotcom, LLC
**For Period Ending:** 12/06/2023

**Trustee Name:** (340300) Kathryn Pry Coryell
**Date Filed (f) or Converted (c):** 12/27/2021 (f)
**§ 341(a) Meeting Date:** 02/07/2022
**Claims Bar Date:** 05/09/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at PNC Bank Est. Balance: $84,000.00 | 84,000.00 | 84,000.00 | | 84,453.56 | FA |
| 2 | Trademarks: "Lorient" "Moxava" "Lorient Home". | Unknown | 100.00 | OA | 0.00 | FA |
| 3 | ACCOUNTS RECEIVABLE (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| 4 | Potential avoidance actions (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| 5 | Refund on warehouse space (u) | 0.00 | 128.26 | | 128.26 | FA |
| 5 | **Assets Totals (Excluding unknown values)** | **$84,000.00** | **$84,228.26** | | **$84,581.82** | **$0.00** |

**Major Activities Affecting Case Closing:**

Motion to hire attorney and accountants filed.  341 meeting held.  Trustee doing additional investigation.  All assets liquidated.  First tax returns filed.  Doing final tax returns, then will close out case when they are accepted as filed.

**Initial Projected Date Of Final Report (TFR):** 01/31/2023    **Current Projected Date Of Final Report (TFR):** 04/12/2023 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 21-91168 | Trustee Name: | Kathryn Pry Coryell (340300) |
|---|---|---|---|
| Case Name: | Efactorytomedotcom, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6326 | Account #: | ******4725 Checking |
| For Period Ending: | 12/06/2023 | Blanket Bond (per case limit): | $18,561,764.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/05/22 | {1} | PNC, Efactory Bank Account | WIRE FROM EFACTORYTOMEDOTCOM LLC | 1129-000 | 84,453.56 | | 84,453.56 |
| 05/09/22 | {5} | Jeffersonville Public Warehouse Co. | Refund on warehouse space | 1229-000 | 128.26 | | 84,581.82 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 103.90 | 84,477.92 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 148.95 | 84,328.97 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 130.65 | 84,198.32 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 148.44 | 84,049.88 |
| 09/02/22 | 101 | Kentucky State Treasurer | Payment of taxes due based on 2021 tax returns prepared by Hobe & Lucas | 2820-000 | | 175.00 | 83,874.88 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 134.51 | 83,740.37 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 129.74 | 83,610.63 |
| 11/15/22 | 102 | International Sureties, Ltd. | 2022 Bond Payment | 2300-000 | | 42.66 | 83,567.97 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 142.93 | 83,425.04 |
| 12/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 133.70 | 83,291.34 |
| 01/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 142.39 | 83,148.95 |
| 02/27/23 | 103 | Kentucky Department of Revenue | LLET Interest and Penalty for tax returns state of KY | 2820-000 | | 175.00 | 82,973.95 |
| 02/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 124.38 | 82,849.57 |
| 03/04/23 | 104 | Rubin & Levin | Attorney fees and expenses per court order dated 3/1/23, docket entry #100 | | | 12,694.90 | 70,154.67 |
| | | | Attorney fees per court order dated 3/1/23, docket entry #100 $12,691.00 | 3210-000 | | | |
| | | | Attorneyexpenses per court order dated 3/1/23, docket entry #100 $3.90 | 3220-000 | | | |
| 03/04/23 | 105 | Hobe & Lucas | Accounting fees per court order dated 2/27/23, docket entry #98 | 3410-000 | | 6,210.00 | 63,944.67 |
| 04/18/23 | | Transfer Debit to TriState Capital Bank acct XXXXXX6950 | Transition Debit to TriState Capital Bank acct XXXXXX6950 | 9999-000 | | 63,944.67 | 0.00 |
| | | **COLUMN TOTALS** | | | 84,581.82 | 84,581.82 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 63,944.67 | |
| | | **Subtotal** | | | 84,581.82 | 20,637.15 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$84,581.82** | **$20,637.15** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Case 21-91168-AKM-7A    Doc 108    Filed 12/07/23    EOD 12/07/23 09:03:23    Pg 10 of 13

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 21-91168 | Trustee Name: | Kathryn Pry Coryell (340300) |
|---|---|---|---|
| Case Name: | Efactorytomedotcom, LLC | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***6326 | Account #: | ******6950 Checking Account |
| For Period Ending: | 12/06/2023 | Blanket Bond (per case limit): | $18,561,764.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/18/23 | | Transfer Credit from Metropolitan Commercial Bank acct XXXXXX4725 | Transition Credit from Metropolitan Commercial Bank acct XXXXXX4725 | 9999-000 | 63,944.67 | | 63,944.67 |
| 05/08/23 | 1000 | Indiana Dept of Revenue | Distribution payment - Dividend paid at 100.00% of $819.80; Claim # 1S; Filed: $819.80 | 4110-000 | | 819.80 | 63,124.87 |
| 05/08/23 | 1001 | Kathryn L. Pry | Combined trustee compensation & expense dividend payments. | | | 7,691.45 | 55,433.42 |
| | | Kathy Pry Coryell | Claims Distribution - Wed, 03-15-2023   $7,479.09 | 2100-000 | | | |
| | | Kathy Pry Coryell | Claims Distribution - Wed, 03-15-2023   $212.36 | 2200-000 | | | |
| 05/08/23 | 1002 | Ohio Dept. of Job and Family Services | Distribution payment - Dividend paid at 100.00% of $80.31; Claim # 2; Filed: $80.31 Stopped on 08/07/2023 | 5800-005 | | 80.31 | 55,353.11 |
| 05/08/23 | 1003 | Kentucky Department of Revenue | Distribution payment - Dividend paid at 100.00% of $3,450.66; Claim # 3P; Filed: $3,450.66 | 5800-000 | | 3,450.66 | 51,902.45 |
| 05/08/23 | 1004 | Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $6,813.02; Claim # 5P-4; Filed: $6,813.02 | 5800-000 | | 6,813.02 | 45,089.43 |
| 05/08/23 | 1005 | Internal Revenue Service | Distribution payment - Dividend paid at 6.93% of $200.00; Claim # 5U-4; Filed: $200.00 | 7100-000 | | 13.85 | 45,075.58 |
| 05/08/23 | 1006 | PNC Bank, National Association | Distribution payment - Dividend paid at 6.92% of $1,660.09; Claim # 6; Filed: $1,660.09 | 7100-000 | | 114.94 | 44,960.64 |
| 05/08/23 | 1007 | Stoll Keenon Ogden PLLC | Distribution payment - Dividend paid at 6.92% of $507.00; Claim # 7; Filed: $507.00 | 7100-000 | | 35.10 | 44,925.54 |
| 05/08/23 | 1008 | Wuyi c/o Daisy | Distribution payment - Dividend paid at 6.92% of $52,814.52; Claim # 8; Filed: $52,814.52 Stopped on 08/07/2023 | 7100-005 | | 3,656.80 | 41,268.74 |
| 05/08/23 | 1009 | MUSVENUS LTD | Distribution payment - Dividend paid at 6.92% of $8,601.39; Claim # 10; Filed: $8,601.39 | 7100-000 | | 595.55 | 40,673.19 |
| 05/08/23 | 1010 | RUGS GALLERY | Distribution payment - Dividend paid at 6.92% of $27,853.00; Claim # 11; Filed: $27,853.00 Stopped on 08/07/2023 | 7100-005 | | 1,928.50 | 38,744.69 |
| 05/08/23 | 1011 | SM International | Distribution payment - Dividend paid at 6.92% of $5,322.00; Claim # 13; Filed: $5,322.00 Stopped on 08/07/2023 | 7100-005 | | 368.49 | 38,376.20 |
| 05/08/23 | 1012 | Nantong Safe c/o Carl | Distribution payment - Dividend paid at 6.92% of $347,068.60; Claim # 14; Filed: $347,068.60 Stopped on 08/07/2023 | 7100-005 | | 24,030.53 | 14,345.67 |
| 05/08/23 | 1013 | Nantong Evergreen c/o Jane | Distribution payment - Dividend paid at 6.92% of $67,483.48; Claim # 15; Filed: $67,483.48 Stopped on 08/07/2023 | 7100-005 | | 4,672.46 | 9,673.21 |
| 05/08/23 | 1014 | Euro Tapis c/o Nico | Distribution payment - Dividend paid at 6.92% of $139,708.50; Claim # 16; Filed: $139,708.50 | 7100-000 | | 9,673.21 | 0.00 |

Page Subtotals: $63,944.67    $63,944.67

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Case 21-91168-AKM-7A   Doc 108   Filed 12/07/23   EOD 12/07/23 09:03:23   Pg 11 of 13

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 21-91168 | Trustee Name: | Kathryn Pry Coryell (340300) |
|---|---|---|---|
| Case Name: | Efactorytomedotcom, LLC | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***6326 | Account #: | ******6950 Checking Account |
| For Period Ending: | 12/06/2023 | Blanket Bond (per case limit): | $18,561,764.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/07/23 | 1002 | Ohio Dept. of Job and Family Services | Distribution payment - Dividend paid at 100.00% of $80.31; Claim # 2; Filed: $80.31 Stopped: check issued on 05/08/2023 | 5800-005 | | -80.31 | 80.31 |
| 08/07/23 | 1008 | Wuyi c/o Daisy | Distribution payment - Dividend paid at 6.92% of $52,814.52; Claim # 8; Filed: $52,814.52 Stopped: check issued on 05/08/2023 | 7100-005 | | -3,656.80 | 3,737.11 |
| 08/07/23 | 1010 | RUGS GALLERY | Distribution payment - Dividend paid at 6.92% of $27,853.00; Claim # 11; Filed: $27,853.00 Stopped: check issued on 05/08/2023 | 7100-005 | | -1,928.50 | 5,665.61 |
| 08/07/23 | 1011 | SM International | Distribution payment - Dividend paid at 6.92% of $5,322.00; Claim # 13; Filed: $5,322.00 Stopped: check issued on 05/08/2023 | 7100-005 | | -368.49 | 6,034.10 |
| 08/07/23 | 1012 | Nantong Safe c/o Carl | Distribution payment - Dividend paid at 6.92% of $347,068.60; Claim # 14; Filed: $347,068.60 Stopped: check issued on 05/08/2023 | 7100-005 | | -24,030.53 | 30,064.63 |
| 08/07/23 | 1013 | Nantong Evergreen c/o Jane | Distribution payment - Dividend paid at 6.92% of $67,483.48; Claim # 15; Filed: $67,483.48 Stopped: check issued on 05/08/2023 | 7100-005 | | -4,672.46 | 34,737.09 |
| 08/11/23 | 1015 | Nantong Safe c/o Carl | replacement of check # 1112 | 7100-000 | | 24,030.53 | 10,706.56 |
| 08/11/23 | 1016 | SM International | reissue of check stopped for claim #1011 Stopped on 11/09/2023 | 7100-005 | | 368.49 | 10,338.07 |
| 08/11/23 | 1017 | RUGS GALLERY | reissue of stopped check #1010 Stopped on 11/09/2023 | 7100-005 | | 1,928.50 | 8,409.57 |
| 08/13/23 | 1018 | Nantong Evergreen c/o Jane | Replacement of check #1013 dividend | 7100-000 | | 4,672.46 | 3,737.11 |
| 10/17/23 | | U.S. Bankruptcy Court | INSB CM ECF    PAYMENT KATHY CORYELL - TRUSTE | | | 3,737.11 | 0.00 |
| | | Ohio Dept. of Job and Family Services | payment of unclaimed funds into court $80.31 | 5800-000 | | | |
| | | Wuyi c/o Daisy | payment of unclaimed funds into court $3,656.80 | 7100-000 | | | |
| 11/09/23 | 1016 | SM International | reissue of check stopped for claim #1011 Stopped: check issued on 08/11/23 | 7100-005 | | -368.49 | 368.49 |
| 11/09/23 | 1017 | RUGS GALLERY | reissue of stopped check #1010 Stopped: check issued on 08/11/23 | 7100-005 | | -1,928.50 | 2,296.99 |
| 11/21/23 | | U.S. Bankruptcy Court, Southern District of Indiana New Albany | INSB CM ECF    PAYMENT KATHY CORYELL - TRUSTE | | | 2,296.99 | 0.00 |
| | | SM International | payment into court of SM claim for uncashed check $368.49 | 7100-000 | | | |

Page Subtotals:      $0.00      $0.00

{ } Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)      ! - transaction has not been cleared

Case 21-91168-AKM-7A    Doc 108    Filed 12/07/23    EOD 12/07/23 09:03:23    Pg 12 of 13

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| Case No.: | 21-91168 | Trustee Name: | Kathryn Pry Coryell (340300) |
|---|---|---|---|
| Case Name: | Efactorytomedotcom, LLC | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***6326 | Account #: | ******6950 Checking Account |
| For Period Ending: | 12/06/2023 | Blanket Bond (per case limit): | $18,561,764.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | RUGS GALLERY | payment into court of creditor's pro rata share for uncashed check $1,928.50 | 7100-000 | | | |

| | | COLUMN TOTALS | | | 63,944.67 | 63,944.67 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 63,944.67 | 0.00 | |
| | | Subtotal | | | 0.00 | 63,944.67 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $0.00 | $63,944.67 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| | | | |
|---|---|---|---|
| **Case No.:** | 21-91168 | **Trustee Name:** | Kathryn Pry Coryell (340300) |
| **Case Name:** | Efactorytomedotcom, LLC | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***6326 | **Account #:** | ******6950 Checking Account |
| **For Period Ending:** | 12/06/2023 | **Blanket Bond (per case limit):** | $18,561,764.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $84,581.82 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $84,581.82 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******4725 Checking | $84,581.82 | $20,637.15 | $0.00 |
| ******6950 Checking Account | $0.00 | $63,944.67 | $0.00 |
| | $84,581.82 | $84,581.82 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)